UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BALLARD,<br><br>    Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF TREASURY, et al.,<br><br>    Defendants. | Case No. 21-cv-04950-PJH<br><br>**ORDER OF DISMISSAL** |

This case was opened when plaintiff, a state prisoner in North Carolina proceeding pro se, sent a letter seeking to file a writ of mandamus. In an effort to protect his rights, it was filed as a new petition. Plaintiff was informed that he had not filed a formal petition and was given twenty-eight days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice. Twenty-eight days has passed and plaintiff has not submitted any filing or otherwise communicated with the court. This case is therefore **DISMISSED** without prejudice. No fee is due.

**IT IS SO ORDERED.**

Dated: August 11, 2021

                                                       /s/ Phyllis J. Hamilton
                                                     PHYLLIS J. HAMILTON
                                                     United States District Judge